| United States District Court | § | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
May 16, 2018
David J. Bradley, Clerk

Joseph Russell, §
§
    Plaintiff, §
§
versus §    Civil Action H-17-1831
§
CEMEX, Inc., et al., §
§
    Defendants. §

## Final Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. The court approves the terms of the settlement as represented to it.

3. This court retains jurisdiction to enforce the settlement.

Signed on May 16, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge